5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

MARCH FOR OUR LIVES IDAHO and ) Case No. 1:23-cv-00107-CWD
ROSAURA ALBIZO BARRON, )
)
v. ) APPLICATION FOR ADMISSION
) PRO HAC VICE
PHIL MCGRANE, in his official capacity as )
Idaho Secretary of State, )
)
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Qizhou Ge, hereby applies for admission pro hac vice to appear and participate in this case on behalf of March for Our Lives Idaho and Rosaura Albizo Barron.

The applicant hereby attests as follows:

1. Applicant resides in Washington, DC, and practices at the following address and phone number Elias Law Group LLP, 250 Massachusetts Ave., NW, Suite 400, Washington, DC 20001 202-986-4490

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: | Dates:
--- | ---
District of Columbia | 12/7/2022
Maryland | 11/28/2022

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Terri R. Pickens, a member in good standing of the bar of this court, of the firm of Pickens Law, P.A., practices at the following office address and phone number: 398 S. 9th Street, Suite 240, Boise, ID 83702 208-954-5090

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 17th day of March, 2023.

/s/ Qizhou Ge                                    /s/ Terri R. Pickens
Applicant                                        Designee

Signed under penalty of perjury.