Terri R. Pickens (ISB #5828)
**PICKENS LAW, P.A.**
398 S. 9th Street, Suite 240
Boise, ID 83702
terri@pickenslawboise.com
Tel: (208) 954-5090
Fax: (208) 954-5099

Elisabeth Frost*
David R. Fox*
Justin Baxenberg*
Daniel Cohen*
Qizhou Ge*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20002
efrost@elias.law
dfox@elias.law
jbaxenberg@elias.law
dcohen@elias.law
age@elias.law
Tel: (202) 968-4490

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **MARCH FOR OUR LIVES IDAHO** and **IDAHO ALLIANCE FOR RETIRED AMERICANS,**<br><br>              Plaintiffs,<br><br>v.<br><br>**PHIL MCGRANE**, in his official capacity as Idaho Secretary of State,<br><br>              Defendant. | Case No.: 1:23-cv-00107-CWD<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO UPDATE PARTIES** |

Plaintiffs, by and through their undersigned counsel, file this motion pursuant to Federal Rules of Civil Procedure 15, 21, and 41(a)(1)(A) to conform the parties in this case to the Second Amended Complaint filed earlier today, by removing Rosaura Albizo Barron as a plaintiff in this action and voluntarily dismissing her previously-asserted claims without prejudice, and adding Plaintiff Idaho Alliance for Retired Americans. If this motion is granted, there will be two Plaintiffs in this case—March for Our Lives Idaho and Idaho Alliance for Retired Americans—bringing the three claims set forth in the Second Amended Complaint.

Plaintiffs believe that the Court's approval of the Parties' stipulation providing for a second amended complaint included permission to add and drop parties to conform with the claims in that complaint, but they file this motion to avoid any doubt. *See* ECF No. 16. Defendant has not yet filed an answer or a motion for summary judgment, so Plaintiff Albizo Barron has the right to dismiss her claims without prejudice. Fed. R. Civ. P. 41(a)(1)(A). For the same reason, and because Plaintiffs filed this case only a month ago and there has been no discovery and no proceedings on the merits, the motion is timely and Defendant will not be prejudiced.

Plaintiffs have conferred with Defendant, and Defendant does not oppose the relief sought in this motion.

Dated: April 17, 2023                               Respectfully submitted,

/s/ Terri R. Pickens

Terri R. Pickens (ISB #5828)
**PICKENS LAW, P.A.**
398 S. 9th Street, Suite 240
Boise, ID 83702
terri@pickenslawboise.com
Tel: (208) 954-5090
Fax: (208) 954-5099

Elisabeth Frost*
David R. Fox*
Justin Baxenberg*
Daniel Cohen*
Qizhou Ge*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20002
efrost@elias.law
dfox@elias.law
jbaxenberg@elias.law
dcohen@elias.law
age@elias.law
Tel: (202) 968-4490

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*