RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation
and Constitutional Defense

Andrea H. Nielsen, ISB #7763
Deputy Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
andrea.nielsen@ag.idaho.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARCH FOR OUR LIVES IDAHO and IDAHO ALLIANCE FOR RETIRED AMERICANS,<br><br>      Plaintiffs,<br>v.<br><br>PHIL MCGRANE, in his official capacity as the Idaho Secretary of State,<br><br>      Defendant. | Case No. 1:23-cv-00107-CWD<br><br>**DEFENDANT'S MOTION TO DISMISS** |

Defendant Phil McGrane hereby moves to dismiss this action under Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(5). In support of this motion, Defendant submits the accompanying memorandum of law, which sets forth the reasons supporting dismissal of this action.

DATED: May 17, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By: /s/ Lincoln Davis Wilson
      LINCOLN DAVIS WILSON
      Chief, Civil Litigation and Constitutional Defense
      ANDREA H. NIELSEN
      Deputy Attorney General

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Terri R. Pickens
terri@pickenslawboise.com

Elisabeth Frost
efrost@elias.law
David R. Fox
dfox@elias.law
Justin Baxenberg
jbaxonberg@elias.law
Daniel Cohen
dcohen@elias.law
Qizhou Ge
age@elias.law

*Attorneys for Plaintiffs*

                                        By:   */s/ Lincoln Davis Wilson*
                                                LINCOLN DAVIS WILSON
                                                Chief, Civil Litigation and
                                                Constitutional Defense
                                                ANDREA H. NIELSEN
                                                Deputy Attorney General