UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **MARCH FOR OUR LIVES IDAHO** and **IDAHO ALLIANCE FOR RETIRED AMERICANS**,<br><br>        Plaintiffs,<br>v.<br><br>**PHIL MCGRANE**, in his official capacity as Idaho Secretary of State,<br><br>        Defendant. | Case No.: 1:23-cv-00107-AKB<br><br>**UNOPPOSED MOTION IN SUPPORT OF PROPOSED PROTECTIVE ORDER** |

      Plaintiffs seek the production of documents and information that Defendant believes may be considered private or sensitive. Accordingly, Plaintiffs move for the entry of the Protective Order appended here as Exhibit 1, which sets forth a protocol that has been agreed to by the parties. Defendant does not oppose the motion. The order should be granted so that discovery in this case can be completed as expeditiously as possible.

    I.    **STANDARD FOR GRANTING PROTECTIVE ORDER**

      Any party seeking a protective order over discovery materials pursuant to Rule 26(c) of the Federal Rules of Civil Procedure must show that "'good cause' exists to protect th[e] information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002)).

      Ultimately, the question is one of discretion for the district court; it is "in the best position to weigh the fairly competing needs and interests of the parties affected by discovery" and has "substantial latitude to fashion protective orders." *Phillips*, 307 F.3d at 1211 (quoting *Seattle Times*

1

*Co. v. Rhinehart*, 467 U.S. 20, 36 (1984)).

## II. GOOD CAUSE EXISTS FOR PROTECTIVE ORDER AND THE PARTIES AGREE TO ITS ENTRY

Plaintiffs have requested in discovery documents and information that may include the personal information of voters. Defendant has indicated that entry of the proposed protective order would be sufficient for him to produce the requested materials. The parties agree that the proposed order appropriately balances the private and public interests at stake in this particular case.

## CONCLUSION

The Court should enter the proposed protective order. All parties consent to its entry.

Dated: July 20, 2023

Respectfully submitted,

*/s/ Justin Baxenberg*

Terri R. Pickens (ISB #5828)
**Pickens Law, P.A.**
398 S. 9th Street, Suite 240
Boise, ID 83702
terri@pickenslawboise.com
Tel: (208) 954-5090
Fax: (208) 954-5099

Elisabeth Frost*
David R. Fox*
Justin Baxenberg*
Daniel Cohen*
Qizhou Ge*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20002
efrost@elias.law
dfox@elias.law
jbaxenberg@elias.law
dcohen@elias.law
age@elias.law
Tel: (202) 968-4490

*Attorneys for Plaintiffs*
*Admitted pro hac vice