UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARCH FOR OUR LIVES IDAHO and IDAHO ALLIANCE FOR RETIRED AMERICANS,<br><br>Plaintiffs,<br><br>v.<br><br>PHIL MCGRANE, in his official capacity as the Idaho Secretary of State,<br><br>Defendant. | Case No. 1:23-cv-00107-AKB<br><br>**JUDGMENT** |

In accordance with this Court's September 17, 2024, Memorandum Decision and Order granting Defendant's Motion for Summary Judgment (Dkt. 54) and denying Plaintiffs' Motion for Partial Summary Judgment (Dkt. 55), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in Defendant's favor and that this case is DISMISSED WITH PREJUDICE.

DATED: September 17, 2024

**Amanda K. Brailsford**
U.S. District Court Judge

JUDGMENT - 1