Terri R. Pickens (ISB #5828)
**PICKENS LAW, P.A.**
398 S. 9th Street, Suite 240
Boise, ID 83702
terri@pickenslawboise.com
Tel: (208) 954-5090
Fax: (208) 954-5099

David R. Fox*
Justin Baxenberg*
Daniel Cohen*
Qizhou Ge*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
dfox@elias.law
jbaxenberg@elias.law
dcohen@elias.law
age@elias.law
Tel: (202) 968-4490

*Attorneys for Plaintiffs*
*Admitted pro hac vice

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **MARCH FOR OUR LIVES IDAHO** and **IDAHO ALLIANCE FOR RETIRED AMERICANS**, <br><br> Plaintiffs, <br><br> v. <br><br> **PHIL MCGRANE**, in his official capacity as Idaho Secretary of State, <br><br> Defendant. | Case No.: 1:23-cv-00107-AKB <br><br> **REPRESENTATION STATEMENT** |

Pursuant to Ninth Circuit Rule 3-2, Plaintiffs March for Our Lives Idaho and the Idaho Alliance for Retired Americans provide as follows the names of each party and, to the best of the undersigned's knowledge, the name and contact information of such party's counsel who are authorized to practice in the Ninth Circuit Court of Appeals:

1

**Appellants March for Our Lives Idaho and the Idaho Alliance for Retired Americans:**

Terri R. Pickens
PICKENS LAW, P.A.
398 S. 9th Street, Suite 240
Boise, ID 83702
Email: terri@pickenslawboise.com
Tel: (208) 954-5090
Fax: (208) 954-5099

David R. Fox
Justin Baxenberg
Daniel Cohen
Qizhou Ge
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Email: dfox@elias.law
Email: jbaxenberg@elias.law
Email: dcohen@elias.law
Email: age@elias.law
Tel: (202) 968-4490

**Appellee Phil McGrane:**

Joshua N. Turner
James E. M. Craig
Gregory E. Woodard
OFFICE OF THE IDAHO ATTORNEY GENERAL
P. O. Box 83720
Boise, ID 83720-0010
Email: josh.turner@ag.idaho.gov
Email: james.craig@ag.idaho.gov
Email: greg.woodard@ag.idaho.gov
Tel: (208) 334-2400
Fax: (208) 854-8073

Dated: October 16, 2024						Respectfully submitted,

<p style="margin-left: 40%">
/s/ <i>Terri R. Pickens</i><br>
Terri R. Pickens (ISB #5828)<br>
<b>PICKENS LAW, P.A.</b><br>
398 S. 9th Street, Suite 240<br>
Boise, ID 83702<br>
terri@pickenslawboise.com<br>
Tel: (208) 954-5090<br>
Fax: (208) 954-5099<br>
<br>
David R. Fox*<br>
Justin Baxenberg*<br>
Daniel Cohen*<br>
Qizhou Ge*<br>
<b>ELIAS LAW GROUP LLP</b><br>
250 Massachusetts Avenue NW, Suite 400<br>
Washington, D.C. 20001<br>
dfox@elias.law<br>
jbaxenberg@elias.law<br>
dcohen@elias.law<br>
age@elias.law<br>
Tel: (202) 968-4490<br>
<br>
<i>Attorneys for Plaintiffs</i><br>
*Admitted pro hac vice
</p>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to all counsel of record.

/s/ *Terri R. Pickens*