

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:              24-6376
Originating Case Number:    1:23-cv-00107-AKB

Case Title:                 March For Our Lives Idaho, et al. v. McGrane

**Wednesday, October 23, 2024**
March For Our Lives Idaho                  Mediation Questionnaire due
Idaho Alliance for Retired Americans       Mediation Questionnaire due

**Wednesday, October 30, 2024**
March For Our Lives Idaho                  Appeal Transcript Order Due
Idaho Alliance for Retired Americans       Appeal Transcript Order Due

**Friday, November 29, 2024**
March For Our Lives Idaho                  Appeal Transcript Due
Idaho Alliance for Retired Americans       Appeal Transcript Due

**Wednesday, January 8, 2025**
March For Our Lives Idaho                  Appeal Opening Brief Due
Idaho Alliance for Retired Americans       Appeal Opening Brief Due

**Friday, February 7, 2025**
Phil McGrane                               Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**